# United States District Court

---------- DISTRICT OF SOUTH DAKOTA ----------

SOUTHERN DIVISION

FILED
DEC 07 2009

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODOLFO MALLO, JR.,

    Defendant.

**ORDER**

CASE NUMBER: CR. 09-40101

This matter having come before the court on Monday, December 7, 2009, and it being the Court's intent not to detain the Defendant pending further proceedings, it is hereby

ORDERED, that the terms and conditions of the release order entered on November 16, 2009, in the Central District of California, are hereby continued in full force and effect, with the following additional conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address or telephone number.

(4) The defendant must maintain regular contact with his counsel and promptly respond to any inquiries from counsel.

(5) The defendant must appear in court as required and must surrender to serve any sentence imposed.

(6) The defendant shall satisfy the outstanding warrant out of Lincoln County, South Dakota.

Dated this 7 day of December, 2009.

BY THE COURT:

John E. Simko
United States Magistrate Judge